BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SANDRA VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR. S-06-115 LKK |
| Plaintiff, | ORDER RE: WAIVER OF PERSONAL APPEARANCE |
| v. | |
| SANDRA VILLEGAS , | |
| Defendant. | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empaneling of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in her absence.

DATED: Wednesday, May 24, 2006          /S/ Sandra Villegas
                                        SANDRA VILLEGAS

1

1 APPROVED:

2 DATED: Wednesday, May 24, 2006        /S/ Bruce Locke
                                       BRUCE LOCKE
3                                      Attorney for Sandra Villegas

4

5

6       IT IS SO ORDERED.

7
  DATED: June 1, 2006
8                                      _____
                                       LAWRENCE K. KARLTON
9                                      SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29                                     2